**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Robert GARRETT, Respondent.**

No. 3649.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and George D. Brabson, Sp. Atty., Bureau of Internal

Revenue, both of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.